UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL DELONG et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:22-CV-1339-X |
| TRUENERGY SERVICES LLC, | § § § | |
| *Defendant*. | § | |

## DISMISSAL ORDER

In accordance with the Court's prior order at Doc. No. 24, the Court **DISMISSES WITHOUT PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 30th day of March, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE