UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL DELONG et al., §<br>§<br>    *Plaintiffs*, §<br>§<br>v. §<br>§<br>TRUENERGY SERVICES LLC, §<br>§<br>    *Defendant*. § | Civil Action No. 3:22-CV-1339-X |

## AMENDED DISMISSAL ORDER

In accordance with the parties' *Stipulation of Dismissal with Prejudice* [Doc. 26], the Court amends its previous dismissal order [Doc. 25] as follows: The Court **DISMISSES WITH PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 4th day of April, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1